UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    )
KAREON SIERRA, A/K/A CARON SIERRA,  )
      Plaintiff,                 )   Civil Action No. 3:15-cv-01520-JAM
                                    )
                                    )
v.                                  )
                                    )
NEW ENGLAND PERSONNEL OF            )
HARTFORD, LLC, KATHRYN CLARK        )
MELANSON, and THOMAS MELANSON,      )
      Defendants.                )   DECEMBER 14, 2015
_____ )

## ANSWER AND DEFENSES

### I. INTRODUCTION

1. Defendants admit that they employed Plaintiff. Defendants deny that they failed to pay the plaintiff overtime wages for her work. The remaining sections of paragraph one call for a legal conclusion to which the Defendants cannot admit or deny. As to any remaining allegations of paragraph one, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

### II. JURISDICTION AND VENUE

2. The allegations contained in this paragraph call for a legal conclusion to which the Defendants cannot admit or deny. As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

3. The allegations contained in this paragraph call for a legal conclusion to which the Defendants cannot admit or deny. As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

### III. PARTIES

4. The allegations contained in this paragraph call for a legal conclusion to which the Defendants cannot admit or deny. As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

5. The allegations contained in this paragraph call for a legal conclusion to which the Defendants cannot admit or deny.  As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

6. Defendants admit this allegation.

7. The allegations contained in this paragraph call for a legal conclusion to which the Defendants cannot admit or deny.

8. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

9. Defendants admit this allegation.

10. Defendants admit this allegation.

11. Defendants deny this allegation to the extent that it applies to Thomas Melanson; Defendants otherwise admit this allegation.

12. The allegations contained in this paragraph call for a legal conclusion to which the Defendants cannot admit or deny.  As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

## IV. FACTS

### A. The defendants failed and refused to pay the plaintiff overtime wages.

13. Defendants admit this allegation.

14. Defendants admit this allegation.

15. Defendants admit this allegation.

16. Defendants admit this allegation.

17. Defendants deny this allegation.

18. Defendants deny this allegation.

19. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

20. Defendants deny this allegation.

21. Defendants admit that they told Plaintiff that she was an exempt employee.  As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

22. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

23. Defendants admit this allegation.

24. Defendants admit this allegation.

25. Defendants admit this allegation.

26. Defendants admit this allegation.

27. Defendants admit this allegation.

28. Defendants admit this allegation.

29. Defendants admit this allegation.

30. Defendants admit this allegation.

31. Defendants admit this allegation.

32. Defendants admit this allegation.

33. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

34. Defendants admit this allegation.

35. Defendants deny this allegation.

36. Defendants admit this allegation.

37. Defendants admit that they received Plaintiff's notice of resignation.  As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

38. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

**B. The defendants failed and refused to pay the plaintiff her commissions.**

39. Defendants admit this allegation.

40. Defendants admit that they paid Plaintiff a commission. As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

41. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

42. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

43. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

44. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

45. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

46. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

47. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

48. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

**C. Proceedings before the Connecticut Department of Labor**

49. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

50. Defendants admit this allegation.

51. Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

52. Defendants admit this allegation.

### V. COUNT ONE: FLSA OVERTIME WAGE VIOLATIONS

1. As the Plaintiff has restated and realleged paragraphs 1-52 above, the Defendants so incorporate their responses.
53. The allegations contained in this paragraph call for a legal conclusion to which the Defendants cannot admit or deny.  As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

54. Defendants deny this allegation.

### VI. COUNT TWO: CONNECTICUT OVERTIME VIOLATIONS

1. As the Plaintiff has restated and realleged paragraphs 1-54 above, the Defendants so incorporate their responses.

55. The allegations contained in this paragraph call for a legal conclusion to which the Defendants cannot admit or deny.  As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

56. Defendants deny this allegation.

### VII. COUNT THREE: CONN. GEN. STAT. § 31-72 CLAIM FOR UNPAID WAGES

1. As the Plaintiff has restated and realleged paragraphs 1-56 above, the Defendants so incorporate their responses.

57. The allegations contained in this paragraph call for a legal conclusion to which the Defendants cannot admit or deny.  As to the remaining allegations, Defendants lack sufficient information upon which to form a belief, and therefore, leave the plaintiff to her proof.

58. Defendants deny this allegation.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because they fail to state a claim on which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, or limited, by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

Defendants at all times acted in good faith and with reasonable grounds for believing that they had not violated Connecticut or federal law.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff was an exempt employee at all times that she was employed by the defendants and as such cannot claim relief for unpaid overtime pay.

Respectfully submitted,
THE DEFENDANTS NEW ENGLAND
PERSONNEL OF HARTFORD, LLC,
KATHRYN CLARK MELANSON, and
THOMAS MELANSON

By: /s/ Bruce H. Raymond
Bruce H. Raymond ct04981
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
P: 860-633-0580
F: 860-633-0438
raymond@raymondlawgroup.com
Their Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date:  DECEMBER 14, 2015                /s/ Bruce H. Raymond
                                        Bruce H. Raymond