1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF CONNECTICUT
2
                                    )
3      SIERRA,                      )    No. 3:15-cv-01520-JAM
                                    )    141 Church Street
4                   vs.             )    New Haven, Connecticut
                                    )
5      NEW ENGLAND PERSONNEL OF     )    December 21, 2017
       HARTFORD, LLC ET AL.         )
6      _____

7                    TRANSCRIPT OF SETTLEMENT CONFERENCE

8                 BEFORE THE HONORABLE JOAN G. MARGOLIS

9                    UNITED STATES MAGISTRATE JUDGE

10     APPEARANCES:
       For the Plaintiff:       PETER D. GOSELIN, ESQ.
11                              THE LAW OFFICE OF PETER GOSELIN
                                557 Prospect Avenue
12                              2nd Floor
                                Hartford, CT 06105
13
       For the Defendants:      BRUCE H. RAYMOND, ESQ.
14                              RAYMOND LAW GROUP LLC
                                90 National Drive
15                              Suite 3
                                Glastonbury, CT 06033
16

17
       Also Present:            KATHRYN C. MELANSON (TELEPHONICALLY)
18                              KAREON SIERRA (TELEPHONICALLY)

19     ECR Operator:            ELECTRONICALLY OPERATED

20                            Pessy Kaufman
                                eScribers
21                          7227 N. 16th Street
                               Suite #207
22                          Phoenix, AZ 85020
                             (973) 406-2250
23

24

25

1                        I N D E X

2   RULINGS:                                    PAGE   LINE
    Settlement approved.                         11      6
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Colloquy

1              (3:37 O'CLOCK, P.M.)

2              THE CLERK:  Oyez, oyez, oyez.  The Honorable United

3    States District Court for the District of Connecticut is now

4    open.  All persons having cause or action pending or who've

5    been bound or summoned to appear herein will take due notice

6    hereof and give attention according to law.

7              THE COURT:  Thank you.  You may be seated.  As you

8    know we are here in the courtroom on Sierra v. New England

9    Personnel of Hartford LLC et al., which is 15cv-1520.  That

10   case assigned to Judge Meyer.

11             Will counsel and the parties please identify

12   themselves for the record?

13             MR. GOSELIN:  For the plaintiff, Peter Goselin.

14             MR. RAYMOND:  Yes.  Good afternoon, Your Honor.

15   Attorney Bruce Raymond for the defendants, New England

16   Personnel of Hartford LLC, Kathryn Clark Melanson, and Thomas

17   Melanson.

18             THE COURT:  Thank you.

19             It's my understanding that we have two parties

20   participating by telephone.  Is that correct?

21             MR. GOSELIN:  That's Correct, Your Honor.

22             MR. RAYMOND:  Yes, Your Honor.

23             THE COURT:  Let me make sure the plaintiff and Ms.

24   Melanson could hear us?

25             Could you please respond, yes or no?

Colloquy

1          MS. SIERRA:  Yes, I can hear you.

2          THE COURT:  Thank you.

3          So as you know this matter was --

4          MS. MELANSON:  I can hear you now.

5          THE COURT:  Thank you.

6          As you know, this matter was first referred to me

7    back on April 24th of this year.  We held settlement

8    conferences on August 16th, again on October 20th, and again

9    on October 30th, with multiple telephone calls between me and

10   counsel and resulted in a settlement on November 21st of this

11   year.

12          So let me inquire of both counsel, do you deem the

13   settlement that has been reached to be fair and reasonable?

14          MR. GOSELIN:  The plaintiff does, Your Honor.

15          MR. RAYMOND:  The defendants agree, Your Honor.

16          THE COURT:  Thank you.

17          So I'd ask one of the attorneys, please put the term

18   for the settlement on the record.

19          MR. GOSELIN:  Your Honor, there will be a separate

20   private settlement agreement between the parties that will

21   spell out some terms that I'm not going to put on the record

22   here.  However, the economic terms of the settlement agreement

23   are these:  That in exchange for the release of the

24   plaintiff's claims in this case, the defendants will pay a

25   total sum of 110,000 dollars.  But that sum will be paid out

Colloquy

1   as follows:  First, a payment of 10,000 dollars by or before

2   December 31st, 2017.  Second, a payment of 20,000 dollars by

3   or before January 31st, 2018.  Next, a set of installment

4   payments.  Twenty-three payments in the amount of 3,300

5   dollars each and a final monthly payment of 4,100 dollars.

6   These payments would commence on March 15th, 2018, and they

7   would be subject to a five percent -- a calculation of five

8   percent annualized interest.

9           THE COURT:  Thank you.

10          Is there anything the defense counsel wishes to add?

11          MR. RAYMOND:  Just to clarify on the record, and I

12  agree that there will be a private settlement agreement, the

13  LLC and Ms. Kathryn Clark Melanson will be the promisors on

14  the note and will carry those obligations.  Thomas Melanson

15  will not be on the promissory note and will not be subject to

16  the default provisions that the LLC and Ms. Kathryn Clark

17  Melanson will otherwise be subject to.

18          THE COURT:  Let me now address the plaintiff.

19          Counsel, you may be seated.

20          Ms. Sierra?

21          MS. MELANSON:  Yes.

22          THE COURT:  Do you understand the settlement?

23          MS. MELANSON:  Yes, I do.

24          THE COURT:  Do you agree with it?

25          MS. MELANSON:  Yes, I do.

Colloquy

1      THE COURT:  Do you have any questions for your own

2  counsel, opposing counsel, or the Court at this time?

3      MS. MELANSON:  No, I do not.

4      THE COURT:  Do you have any reservations about

5  entering into the settlement?

6      MS. MELANSON:  No, I do not.

7      THE COURT:  Do you understand that you entered into a

8  binding agreement?

9      MS. MELANSON:  I'm sorry, I didn't hear that last

10  part.

11      THE COURT:  Do you understand that you've entered

12  into a binding agreement?

13      MS. MELANSON:  I'm having a little bit of difficulty

14  hearing.

15      THE COURT:  Do you understand that you've entered

16  into a binding agreement?

17      MS. MELANSON:  Yes.

18      THE COURT:  Do you understand that you do not have

19  the right to change your mind?

20      MS. MELANSON:  No.  I'm fine with entering into the

21  agreement.

22      THE COURT:  And do you understand that in the

23  unfortunate circumstances that you do change your mind,

24  defendants have the right to file a motion to enforce the

25  settlement against you.  Do you understand that?

Colloquy

1          MS. MELANSON:  Okay.

2          THE COURT:  And now let me address the representative

3    of the defendants.  I need you to identify yourself please?

4          Ms. Melanson, are you there?

5          MS. SIERRA:  Yes.

6          THE COURT:  Can you identify yourself, please?

7          MS. SIERRA:  Mrs. Kareon Sierra.

8          THE COURT:  Okay.  I thought I was addressing the

9    plaintiff before.

10          MR. GOSELIN:  You were addressing the plaintiff

11   before, Your Honor.

12          THE COURT:  Okay.

13          MR. GOSELIN:  I think they might be confused.

14          THE COURT:  Okay.  Let me address Ms. Melanson now.

15   Ms. Melanson, are you there?

16          MS. MELANSON:  I'm right here.  I'm just having a

17   little trouble hearing you.  But --

18          THE COURT:  Okay.  Do you have the authority to bind

19   yourself and the LLC?

20          MS. MELANSON:  Yes.

21          THE COURT:  Okay.  Now, let me ask you the same

22   questions.  Do you understand the settlement?

23          MS. MELANSON:  I -- I answered these questions

24   before.  Yes.

25          MR. RAYMOND:  Oh, maybe we're wrong.  Maybe we have

Colloquy

1    the wrong people on the record.

2         THE COURT:  Okay let me start again with Ms. Sierra.

3         Ms. Sierra?

4         MS. SIERRA:  Okay.

5         THE COURT:  Do you understand the settlement?

6         MS. SIERRA:  Yes, I do.

7         THE COURT:  Do you agree with it?

8         MS. SIERRA:  Yes, I do.

9         THE COURT:  Do you have any questions for your own

10   counsel, opposing counsel, or the Court at this time?

11        MS. SIERRA:  No, I do not.

12        THE COURT:  Do you have any reservations about

13   entering into the settlement?

14        MS. SIERRA:  No.

15        THE COURT:  Do you understand that you've entered

16   into a binding agreement?

17        MS. SIERRA:  Yes, I do.  I know it's binding.

18        THE COURT:  Okay.  Do you know that you don't have

19   your right to change your mind at this time?

20        MS. SIERRA:  I -- yes, I'm aware of that.

21        THE COURT:  And are you aware of that if the

22   unfortunate circumstance is that you change your mind, defense

23   counsel has a right to file a motion to enforce the settlement

24   against you.  Do you understand that?

25        MS. SIERRA:  Yes, I do.

Colloquy

1          THE COURT:  Okay.  Let me ask then the questions of

2     Ms. Melanson.

3          Ms. Melanson, do you have authority behind yourself

4     and the LLC?

5          MS. MELANSON:  Yes.

6          THE COURT:  Okay.  Do you understand the settlement?

7          MS. MELANSON:  Yes.

8          THE COURT:  Do you agree with it?

9          MS. MELANSON:  Yes.

10          THE COURT:  Do you have any questions for your own

11     counsel, opposing counsel, or the Court at this time?

12          MS. MELANSON:  No.

13          THE COURT:  Do you have any reservations about

14     entering into this settlement?

15          MS. MELANSON:  No.

16          THE COURT:  Do you understand that you've entered

17     into a binding agreement?

18          MS. MELANSON:  Yes.

19          THE COURT:  Do you understand that you do not have

20     the opportunity to change your mind?

21          MS. MELANSON:  I understand.

22          THE COURT:  And do you understand that in the

23     unfortunate circumstances that you do change your mind,

24     plaintiff's counsel has a right to file a motion to enforce

25     the settlement against you.  Do you understand that?

Colloquy

1          MS. MELANSON:  I understand.

2          THE COURT:  Thank you.  And as you know in light of

3     the fact that your husband is not going to be a party to the

4     default judgment, if a payment --

5          MS. MELANSON:  That is correct.

6          THE COURT:   -- is not made -- well, I wanted to ask

7     you a few questions about transfers.  Okay.  Have you made any

8     transfers --

9          MS. MELANSON:  I understand.

10          THE COURT:  Let me ask you the question first.  Have

11     you made -- in the last thirty days, have you made any

12     transfers between you, your husband, and the LLC, that are

13     outside of the ordinary course of business?

14          MS. MELANSON:  There has not been and I understand.

15          THE COURT:  Okay.  Do you agree that there will be no

16     unusual transfers outside the ordinary course of business

17     between you, your husband, and the LLC during the duration of

18     the payment period?

19          MS. MELANSON:  I agree and I understand.

20          THE COURT:  Is there anything else that plaintiff's

21     counsel wishes for me to ask?

22          MR. GOSELIN:  We're satisfied, Your Honor.  Thank

23     you.

24          THE COURT:  Thank you.  Anything else that we need to

25     add?

Colloquy

1          MR. RAYMOND:  Nothing further, Your Honor. Thank you.

2          THE COURT:  I find that this settlement is fair and

3    reasonable.  It obviously has been negotiated at a very long

4    arm's length, and I thank the parties and counsel for amicably

5    resolving this matter.  So the settlement obviously is

6    approved.

7          And I wish everyone a very happy and healthy New Year

8    and a happy holiday season.

9          The court will stand in recess.

10         MR. GOSELIN:  Thank you, Your Honor.

11         MR. RAYMOND:  You as well, Your Honor.  Thank you.

12         THE CLERK:  All rise.  The Honorable United States

13   District Court is now in recess.

14         (Whereupon the above matter was concluded at 3:46

15   o'clock, p.m.)

16

17

18

19

20

21

22

23

24

25

1                      C E R T I F I C A T I O N

2

3           I, Pessy Kaufman, Official Court Transcriber for the

4     United States District Court for the District of Connecticut,

5     do hereby certify that the foregoing pages are a true and

6     accurate transcription of the proceedings in the

7     aforementioned matter to the best of my skill and ability.

8

9

10    Date: April 1, 2018

11

12

13

14    _____

15                      PESSY KAUFMAN

16                      eScribers, LLC
                352 Seventh Avenue, Ste. #604
17                   New York, NY 10001
                       (973)406-2250
18             operations@escribers.net

19

20

21

22

23

24

25

**A**

**above (1)**
11:14
**according (1)**
3:6
**action (1)**
3:4
**add (2)**
5:10;10:25
**address (3)**
5:18;7:2,14
**addressing (2)**
7:8,10
**afternoon (1)**
3:14
**again (3)**
4:8,8;8:2
**against (3)**
6:25;8:24;9:25
**agree (7)**
4:15;5:12,24;8:7;
9:8;10:15,19
**agreement (9)**
4:20,22;5:12;6:8,12,
16,21;8:16;9:17
**al (1)**
3:9
**amicably (1)**
11:4
**amount (1)**
5:4
**annualized (1)**
5:8
**answered (1)**
7:23
**appear (1)**
3:5
**approved (1)**
11:6
**April (1)**
4:7
**arm's (1)**
11:4
**assigned (1)**
3:10
**attention (1)**
3:6
**Attorney (1)**
3:15
**attorneys (1)**
4:17
**August (1)**
4:8
**authority (2)**
7:18;9:3
**aware (2)**
8:20,21

**B**

**back (1)**
11:14

4:7
**behind (1)**
9:3
**bind (1)**
7:18
**binding (6)**
6:8,12,16;8:16,17;
9:17
**bit (1)**
6:13
**both (1)**
4:12
**bound (1)**
3:5
**Bruce (1)**
3:15
**business (2)**
10:13,16

**C**

**calculation (1)**
5:7
**calls (1)**
4:9
**can (3)**
4:1,4;7:6
**carry (1)**
5:14
**case (2)**
3:10;4:24
**cause (1)**
3:4
**change (6)**
6:19,23;8:19,22;
9:20,23
**circumstance (1)**
8:22
**circumstances (2)**
6:23;9:23
**claims (1)**
4:24
**clarify (1)**
5:11
**Clark (3)**
3:16;5:13,16
**CLERK (2)**
3:2;11:12
**commence (1)**
5:6
**concluded (1)**
11:14
**conferences (1)**
4:8
**confused (1)**
7:13
**Connecticut (1)**
3:3
**counsel (15)**
3:11;4:10,12;5:10,
19;6:2,2;8:10,10,23;
9:11,11,24;10:21;11:4
**course (2)**

10:13,16
**Court (53)**
3:3,7,18,23;4:2,5,16;
5:9,18,22,24;6:1,2,4,7,
11,15,18,22;7:2,6,8,12,
14,18,21;8:2,5,7,9,10,
12,15,18,21;9:1,6,8,10,
11,13,16,19,22;10:2,6,
10,15,20,24;11:2,9,13
**courtroom (1)**
3:8

**D**

**days (1)**
10:11
**December (1)**
5:2
**deem (1)**
4:12
**default (2)**
5:16;10:4
**defendants (5)**
3:15;4:15,24;6:24;
7:3
**defense (2)**
5:10;8:22
**difficulty (1)**
6:13
**District (3)**
3:3,3;11:13
**dollars (5)**
4:25;5:1,2,5,5
**due (1)**
3:5
**duration (1)**
10:17
**during (1)**
10:17

**E**

**economic (1)**
4:22
**else (2)**
10:20,24
**enforce (3)**
6:24;8:23;9:24
**England (2)**
3:8,15
**entered (5)**
6:7,11,15;8:15;9:16
**entering (4)**
6:5,20;8:13;9:14
**et (1)**
3:9
**everyone (1)**
11:7
**exchange (1)**
4:23

**F**

**fact (1)**
10:3
**fair (2)**
4:13;11:2
**few (1)**
10:7
**file (3)**
6:24;8:23;9:24
**final (1)**
5:5
**find (1)**
11:2
**fine (1)**
6:20
**first (3)**
4:6;5:1;10:10
**five (2)**
5:7,7
**follows (1)**
5:1
**further (1)**
11:1

**G**

**Good (1)**
3:14
**Goselin (9)**
3:13,13,21;4:14,19;
7:10,13;10:22;11:10

**H**

**happy (2)**
11:7,8
**Hartford (2)**
3:9,16
**healthy (1)**
11:7
**hear (4)**
3:24;4:1,4;6:9
**hearing (2)**
6:14;7:17
**held (1)**
4:7
**herein (1)**
3:5
**hereof (1)**
3:6
**holiday (1)**
11:8
**Honor (11)**
3:14,21,22;4:14,15,
19;7:11;10:22;11:1,10,
11
**Honorable (2)**
3:2;11:12
**husband (3)**
10:3,12,17

**I**

**identify (3)**

3:11;7:3,6
**inquire (1)**
4:12
**installment (1)**
5:3
**interest (1)**
5:8
**into (9)**
6:5,7,12,16,20;8:13,
16;9:14,17

**J**

**January (1)**
5:3
**Judge (1)**
3:10
**judgment (1)**
10:4

**K**

**Kareon (1)**
7:7
**Kathryn (3)**
3:16;5:13,16

**L**

**last (2)**
6:9;10:11
**law (1)**
3:6
**length (1)**
11:4
**light (1)**
10:2
**little (2)**
6:13;7:17
**LLC (8)**
3:9,16;5:13,16;7:19;
9:4;10:12,17
**long (1)**
11:3

**M**

**March (1)**
5:6
**matter (4)**
4:3,6;11:5,14
**may (2)**
3:7;5:19
**Maybe (2)**
7:25,25
**Melanson (37)**
3:16,17,24;4:4;5:13,
14,17,21,23,25;6:3,6,9,
13,17,20;7:1,4,14,15,
16,20,23;9:2,3,5,7,9,12,
15,18,21;10:1,5,9,14,
19
**Meyer (1)**

3:10
**might (1)**
 7:13
**mind (6)**
 6:19,23;8:19,22;
 9:20,23
**monthly (1)**
 5:5
**motion (3)**
 6:24;8:23;9:24
**Mrs (1)**
 7:7
**multiple (1)**
 4:9

**N**

**need (2)**
 7:3;10:24
**negotiated (1)**
 11:3
**New (3)**
 3:8,15;11:7
**Next (1)**
 5:3
**note (2)**
 5:14,15
**notice (1)**
 3:5
**November (1)**
 4:10

**O**

**obligations (1)**
 5:14
**obviously (2)**
 11:3,5
**O'CLOCK (2)**
 3:1;11:15
**October (2)**
 4:8,9
**one (1)**
 4:17
**open (1)**
 3:4
**opportunity (1)**
 9:20
**opposing (3)**
 6:2;8:10;9:11
**ordinary (2)**
 10:13,16
**otherwise (1)**
 5:17
**out (2)**
 4:21,25
**outside (2)**
 10:13,16
**own (3)**
 6:1;8:9;9:10
**oyez (3)**
 3:2,2,2

**P**

**paid (1)**
 4:25
**part (1)**
 6:10
**participating (1)**
 3:20
**parties (4)**
 3:11,19;4:20;11:4
**party (1)**
 10:3
**pay (1)**
 4:24
**payment (5)**
 5:1,2,5;10:4,18
**payments (3)**
 5:4,4,6
**pending (1)**
 3:4
**people (1)**
 8:1
**percent (2)**
 5:7,8
**period (1)**
 10:18
**Personnel (2)**
 3:9,16
**persons (1)**
 3:4
**Peter (1)**
 3:13
**plaintiff (6)**
 3:13,23;4:14;5:18;
 7:9,10
**plaintiff's (3)**
 4:24;9:24;10:20
**please (5)**
 3:11,25;4:17;7:3,6
**PM (2)**
 3:1;11:15
**private (2)**
 4:20;5:12
**promisors (1)**
 5:13
**promissory (1)**
 5:15
**provisions (1)**
 5:16
**put (2)**
 4:17,21

**R**

**RAYMOND (8)**
 3:14,15,22;4:15;
 5:11;7:25;11:1,11
**reached (1)**
 4:13
**reasonable (2)**
 4:13;11:3
**recess (2)**

11:9,13
**record (5)**
 3:12;4:18,21;5:11;
 8:1
**referred (1)**
 4:6
**release (1)**
 4:23
**representative (1)**
 7:2
**reservations (3)**
 6:4;8:12;9:13
**resolving (1)**
 11:5
**respond (1)**
 3:25
**resulted (1)**
 4:10
**right (6)**
 6:19,24;7:16;8:19,
 23;9:24
**rise (1)**
 11:12

**S**

**same (1)**
 7:21
**satisfied (1)**
 10:22
**season (1)**
 11:8
**seated (2)**
 3:7;5:19
**Second (1)**
 5:2
**separate (1)**
 4:19
**set (1)**
 5:3
**settlement (19)**
 4:7,10,13,18,20,22;
 5:12,22;6:5,25;7:22;
 8:5,13,23;9:6,14,25;
 11:2,5
**Sierra (16)**
 3:8;4:1;5:20;7:5,7,7;
 8:2,3,4,6,8,11,14,17,20,
 25
**sorry (1)**
 6:9
**spell (1)**
 4:21
**stand (1)**
 11:9
**start (1)**
 8:2
**States (2)**
 3:3;11:12
**subject (3)**
 5:7,15,17
**sum (2)**
 4:25,25

**summoned (1)**
 3:5
**sure (1)**
 3:23

**T**

**telephone (2)**
 3:20;4:9
**term (1)**
 4:17
**terms (2)**
 4:21,22
**thirty (1)**
 10:11
**Thomas (2)**
 3:16;5:14
**thought (1)**
 7:8
**total (1)**
 4:25
**transfers (4)**
 10:7,8,12,16
**trouble (1)**
 7:17
**Twenty-three (1)**
 5:4
**two (1)**
 3:19

**U**

**unfortunate (3)**
 6:23;8:22;9:23
**United (2)**
 3:2;11:12
**unusual (1)**
 10:16

**W**

**Whereupon (1)**
 11:14
**who've (1)**
 3:4
**wish (1)**
 11:7
**wishes (2)**
 5:10;10:21
**wrong (2)**
 7:25;8:1

**Y**

**year (3)**
 4:7,11;11:7

**1**

**10,000 (1)**
 5:1
**110,000 (1)**
 4:25

**15cv-1520 (1)**
 3:9
**15th (1)**
 5:6
**16th (1)**
 4:8

**2**

**20,000 (1)**
 5:2
**2017 (1)**
 5:2
**2018 (2)**
 5:3,6
**20th (1)**
 4:8
**21st (1)**
 4:10
**24th (1)**
 4:7

**3**

**3,300 (1)**
 5:4
**3:37 (1)**
 3:1
**3:46 (1)**
 11:14
**30th (1)**
 4:9
**31st (2)**
 5:2,3

**4**

**4,100 (1)**
 5:5