UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Karéon Sierra, a/k/a Caron Sierra,<br><br>Plaintiff,<br><br>v.<br><br>New England Personnel of Hartford, LLC, Kathryn Clark Melanson, and Thomas Melanson,<br><br>Defendants | 3:15-cv-1520 (JAM)<br><br><br><br>December 11, 2019 |

**PLAINTIFF'S MOTION TO ENTER JUDGMENT**

In this litigation brought under the federal Fair Labor Standards Act and Connecticut's wage collection statute, Conn.Gen.Stat. §31-72, the parties entered into a settlement agreement, the principal terms of which were placed on the record before U.S. Magistrate Judge Joan G. Margolis on December 21, 2017. As set out in the attached memorandum of law, these terms included, *inter alia*, 1) payment in twenty-four monthly installments by defendant Kathryn Melanson and defendant New England Personnel of Hartford, LLC, of Eighty Thousand Dollars ($80,00.00) plus annualized interest at the rate of 5% to the plaintiff, Kareon Sierra; and 2) provision that in the event of a default by the defendants, the plaintiffs could request that the Court enter judgment against defendant Kathryn Melanson and defendant New England Personnel of Hartford, LLC, for the outstanding amounts plus any attorney's fees and costs in pursuit of the payment on the default.

Despite repeated efforts to accommodate the defendants in allowing them to make late payments or partial payments, they are now in default, having not made any payments at all since October 3, 2019. Plaintiff's memorandum includes documentation of the settlement

hearing before this Court, the parties' agreement, including the promissory note executed by the defendants, the payments made, the sum owed, and the additional amount for attorney's fees.

The plaintiff therefore respectfully requests that the Court enter judgment in this matter against defendants Kathryn Melanson and New England Personnel of Hartford, LLC, for the amount that remains unpaid, $44,550.99, plus attorney's fees incurred in the preparation of this motion and memorandum in the amount of $1,600.00, for a judgment in the amount of $46,150.99.[1]

RESPECTFULLY SUBMITTED,
FOR THE PLAINTIFF

_/ s / Peter Goselin ct06074_
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Tel. 860-580-9675
Fax 860-471-8133
pdgoselin@gmail.com

---

1  The parties stipulated at the time of the settlement that defendant Thomas Melanson would not be liable for the terms of the settlement. The plaintiff does not seek judgment against Thomas Melanson.

## CERTIFICATION

I hereby certify that on December 11, 2019, a copy of the foregoing was filed electronically and served by e-mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail to anyone unable to accept electronic filing, as follows:

Kathryn Melanson  
New England Personnel of Hartford, LLC  
kathryn.melanson@gmail.com

        /s/   Peter Goselin