## PROMISSORY NOTE

$110,000                                                    January ~~March 6~~____, 2018

    FOR VALUE RECEIVED, I, Kathryn Melanson (hereinafter "Note Maker"), a citizen of Connecticut residing at 3 Lighthouse Lane, Old Saybrook, Connecticut hereby promise to pay to Kareon Sierra of 29 Moss Avenue, Seymour, Connecticut (hereinafter "Note Holder"), the principal amount of One Hundred Ten Thousand Dollars ($110,000) in twenty-six (26) installments as set forth herein. The first payment shall be made on or before, December 31, 2017 in the amount of Ten Thousand Dollars ($10,000). A second payment will then be made, on or before January 31, 2018, in the amount of Twenty Thousand Dollars ($20,000). Thereafter, the Note Maker shall make twenty-three (23) monthly payments, commencing on March 15, 2018 to the Note Holder. Each monthly payment shall be comprised of two (2) separate payments. The first of these two payments shall be for payment of gross wages[1] in the amount of Four Hundred Sixteen Dollars and Sixty-Six Cents ($416.66). The second monthly payment shall be in the amount of Two Thousand Eight Hundred Eighty-Three Dollars and Thirty-Four Cents ($2,883.34) plus five percent (5%) annualized interest on the outstanding principal. Thereafter two (2) final payments will be made on February 15, 2020. The first of the final payments will be made as a payment of gross wages in the amount of Four Hundred Sixteen Dollars and Eighty-Two Cents ($416.82). The second of the final payments shall be in the amount of Four Thousand One Hundred Dollars Plus five percent (5%) annualized interest on the outstanding principal. These payments shall be made according to the amortization schedule attached hereto as Schedule A.

    Such payments shall be payable to the order of "Law Office of Peter Goselin" as counsel for Note Holder, and delivered to 557 Prospect Avenue, Hartford, CT 06105.

    The Note Maker has the right to make payments of Principal at any time before they are due. The Note Maker may make a full prepayment of partial Prepayments without paying a Prepayment charge. If the Note Maker makes a partial Prepayment, there will be no changes in the due date or in the amount of the Note Maker's monthly payments unless the Note Holder agrees in writing to those changes.

    If the Note Maker does not pay the full amount of each monthly payment, within five days of the date it is due, the Note Maker will be in default. If the Note Maker is in default, the Note Holder may require the Note Maker to pay immediately the full amount of Principal which has not been paid. That date must be at least thirty (30) days after the date on which the notice is mailed to the Note Maker or delivered by other means. Even if, at a time when the Note Maker is in default, the Note Holder does not require the Note Maker to pay immediately in full as described above, the Note Holder will still have the right to do so if the Note Maker is in a default at a later time.

    If the Note Holder has required the Note Maker to pay immediately in full as described above, the Note Holder will have the right to be paid back by the Note Maker for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law including,

---

[1] Such wages will be paid subject to all applicable withholding, including for state and federal taxes.

without limitation, reasonable attorney's fees, incurred or paid by Note Holder in connection therewith, whether or not litigation is commenced.

The Note Maker and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor, "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

Unless applicable law requires a different method, any notice that must be given to the Note Maker under this Note will be given by delivering it or by mailing it by first class mail to the Note Maker at the Note Maker's address above or at a different address if the Note Maker gives the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address The Law Office of Peter Goselin or at a different address if I am given a notice of that different address.

The execution, delivery and performance of this Note shall be governed by and construed in accordance with the laws of the State of Connecticut. If any term of this Note or the application thereof to any person or circumstances, shall, to any extent, be invalid or unenforceable, the remainder of this Note, or the application of such term to persons or circumstances other than those as to which it is invalid or unenforceable, shall not be affected thereby, and each term of this Note shall be valid and enforceable to the fullest extent permitted by law.

IN WITNESS WHEREOF, Note Maker has caused this Note to be executed under seal as of the date set forth above.

_____
Note Maker: Kathryn Melanson

State of Connecticut       )
                           ) ss:
County of Hartford         )

On this 6 day of March, 2018 before me, the undersigned notary public, personally appeared KATHRYN MELANSON, proved to me through satisfactory evidence of identification, which were CT driver license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires:

OLIVE MEJIA
Notary Public, State of Connecticut
My Commission Expires Dec. 31, 2020