Sheet1

Pl. Ex. 3

**$80,000.00 at 5% interest with 24 monthly payments**
**Total Payments: $84,233.05**
**Total Interest: $4,233.05**

| # | Payment Amount | Principal Amount | Interest Amount | Balance Owed |
|---|---|---|---|---|
| 1 | 3,509.71 | 3,176.38 | 333.33 | 76,823.62 |
| 2 | 3,509.71 | 3,189.61 | 320.10 | 73,634.01 |
| 3 | 3,509.71 | 3,202.90 | 306.81 | 70,431.11 |
| 4 | 3,509.71 | 3,216.25 | 293.46 | 67,214.86 |
| 5 | 3,509.71 | 3,229.65 | 280.06 | 63,985.21 |
| 6 | 3,509.71 | 3,243.10 | 266.61 | 60,742.11 |
| 7 | 3,509.71 | 3,256.62 | 253.09 | 57,485.49 |
| 8 | 3,509.71 | 3,270.19 | 239.52 | 54,215.30 |
| 9 | 3,509.71 | 3,283.81 | 225.90 | 50,931.49 |
| 10 | 3,509.71 | 3,297.50 | 212.21 | 47,633.99 |
| 11 | 3,509.71 | 3,311.24 | 198.47 | 44,322.75 |
| 12 | 3,509.71 | 3,325.03 | 184.68 | 40,997.72 |
| # | Payment | Principal | Interest | Balance |
| 13 | 3,509.71 | 3,338.89 | 170.82 | 37,658.83 |
| 14 | 3,509.71 | 3,352.80 | 156.91 | 34,306.03 |
| 15 | 3,509.71 | 3,366.77 | 142.94 | 30,939.26 |
| 16 | 3,509.71 | 3,380.80 | 128.91 | 27,558.46 |
| 17 | 3,509.71 | 3,394.88 | 114.83 | 24,163.58 |
| 18 | 3,509.71 | 3,409.03 | 100.68 | 20,754.55 |
| 19 | 3,509.71 | 3,423.23 | 86.48 | 17,331.32 |
| 20 | 3,509.71 | 3,437.50 | 72.21 | 13,893.82 |
| 21 | 3,509.71 | 3,451.82 | 57.89 | 10,442.00 |
| 22 | 3,509.71 | 3,466.20 | 43.51 | 6,975.80 |
| 23 | 3,509.71 | 3,480.64 | 29.07 | 3,495.16 |
| 24 | 3,509.72 | 3,495.16 | 14.56 | 0.00 |

| Payment date | Payment amt |
|---|---|
| 05/24/18 | -$3,509.71 |
| 06/18/18 | -$3,509.71 |
| 07/19/18 | -$3,509.71 |
| 08/30/18 | -$3,524.76 |
| 09/24/18 | -$3,524.76 |
| 10/19/18 | -$3,524.76 |
| 11/19/18 | -$3,509.71 |
| 12/27/18 | -$3,524.76 |
| 02/07/19 | -$3,524.76 |
| 06/25/19 | -$3,509.71 |
| 06/25/19 | -$3,509.71 |
| 10/03/19 | -$1,000.00 |

Sheet1

| Amount due |
|---|
| $84,233.05 |
| $80,723.34 |
| $77,213.63 |
| $73,703.92 |
| $70,179.16 |
| $66,654.40 |
| $63,129.64 |
| $59,619.93 |
| $56,095.17 |
| $52,570.41 |
| $49,060.70 |
| $45,550.99 |
| $44,550.99 |