# Time List

Print | Close Window

| Date | Client Name | Project | Description | Hours | Time In Minutes |
|---|---|---|---|---|---|
| 12/10/2019 | Kareon Sierra v. New England Personnel | Sierra v. New England Personnel | Email with client re: enforcement of settlement agreement; drafting motion and memorandum for entry of judgment. | 2.50 | 150 |
| 12/11/2019 | Kareon Sierra v. New England Personnel | Sierra v. New England Personnel | Drafting motion and memorandum for entry of judgment. | 1.50 | 90 |
| **TOTALS** | | | | **4.00** | **240** |