# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| KAREON SIERRA, A/K/A CARON SIERRA,<br>    Plaintiff, | )<br>)<br>)<br>) | Civil Action No. 3:15-cv-01520-JAM |
| v. | )<br>)<br>) |  |
| NEW ENGLAND PERSONNEL OF<br>HARTFORD, LLC, KATHRYN CLARK<br>MELANSON, and THOMAS MELANSON,<br>    Defendants. | )<br>)<br>)<br>)<br>) | DECEMBER 13, 2019 |

## RAYMOND LAW GROUP LLC'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the attorneys of record from the law firm of Raymond Law Group LLC respectfully request permission to withdraw as counsel for the Defendants, New England Personnel of Hartford, LLC; Kathryn Clark Melanson and Thomas Melanson. A copy of this Motion has been served upon each of the Defendants by certified mail pursuant to Rule 7(e) of the Local Rules of Civil Procedure. Counsel files herewith a memorandum of law in support of its motion.

Pursuant to Local Rule 7(e) counsel requests expedited treatment of this Motion. As good cause, counsel states that expedited treatment is required as Raymond Law Group LLC is not authorized to do anything further on behalf of the Defendants.

Counsel for the Defendants certifies that they have conferred with counsel for the Plaintiff and that they do not intend to object to this Motion.

WHEREFORE, the undersigned attorneys request that the Court grant this Motion for Leave to Withdraw as counsel for the Defendants in the above-captioned matter.

Respectfully submitted,

/s/ Evan K. Buchberger
Bruce H. Raymond ct. 04981
Evan K. Buchberger ct. 29973
Raymond Law Group LLC
100 Sycamore Street, Suite 1
Glastonbury, CT 06033
Phone: 860-633-0580
Fax: 860-633-0438
Raymond@RaymondLawGroup.com
Buchberger@RaymondLawGroup.com

## Certificate of Service

I hereby certify that on December 13, 2019, a copy of foregoing was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Evan K. Buchberger
Evan K. Buchberger